710

48 So.2d 888

**STATE v. KEETON & ROBINSON et al.**
**8 Div. 590.**

Supreme Court of Alabama.
Nov. 24, 1950.

A. A. Carmichael, Atty. Gen., and Willard W. Livingston, Asst. Atty. Gen., for appellant.

Guin & Guin, of Russellville, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.

48 So.2d 888

**W. J. TIDMORE v. Walter P. THORPE.**
**6 Div. 84.**

Supreme Court of Alabama.
Oct. 23, 1950.

E. D. McDuffie, of Tuscaloosa, for appellant.

PER CURIAM.

Appeal dismissed, motion of appellant.

48 So.2d 888

**M. Elizabeth WESTON v. James Russell AVERY.**
**6 Div. 169.**

Supreme Court of Alabama.
Nov. 21, 1950.

J. T. Johnson, of Oneonta, for appellant.

Needham A. Graham., Jr., of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.